UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2019-CR-10459-RWZ

UNITED STATES OF AMERICA

V.

INES LUGO

**MOTION FOR BAIL HEARING**

Now comes defendant Ines Lugo and moves this Honorable Court to authorize the Probation Department to investigate the defendant's amended recommended conditions of release.

Previously, the defendant recommended that the Court order her released with standard conditions plus that she reside with Bessie Rodriguez, her boyfriend's mother in New Bedford. Probation did not endorse that recommendation because Ms. Lugo's boyfriend is a co-defendant.  So, Ms. Rodriguez is the mother of a co-defendant.

Subsequently, there have been two developments:

First, Ms. Lugo's family has contacted Ms. Lugo's landlord and agreed to pay the rent on her apartment for December, which the defendant was about to pay when she was arrested, and pre-pay January's rent.  According to Ms. Lugo's daughter, the landlord is willing to let Ms. Lugo move back into her apartment at 211 Tremont Street, New Bedford, MA, where she has lived for almost three years.

Second, if Probation does not find that apartment suitable,

the defendant's 24 year old son, Antonio, has an extra bedroom in his New Bedford apartment in which Ms. Lugo may reside.

Counsel for Ms. Lugo has provided Probation with contact phone numbers for the landlord and Ms. Lugo's son, Antonio.

Further, the Court should consider Probation's report regarding Ms. Lugo's relationship to a Facebook discussion which referenced potential violence directed towards a man named Roger (who posted himself digitally throwing up Latin King symbols). Ms. Lugo represents that the January 28, 2019 discussion never led to any act of violence.  More importantly, Special Agent Dominic Coppo's affidavit materially mis-quoted the discussion. He purposefully and inaccurately suggested that Ms. Lugo was involved in firearm related violence.  S/A Coppo "quoted" Ms. Lugo as saying:

> U bros better eat on them especially roger for knowing how we roll and still letting a bitch ass nigga tho down our krown.  I knew that lol bitch ass niggas was no good wanna see who **guns** defend him now.

(Coppo Affidavit, prg. 105, p. 37 [**emphasis** added]) Attached to this motion is an exhibit which consists of a screen shot of the Facebook discussion.  In the discussion, Ms. Lugo did not say "wanna see who **guns** defend him now."  She said "wanna see who **gunna** defend him now."  S/A Coppo's mis-quote convinced Probation that Ms. Lugo, who is not named in the RICO indictment, is violent and involved with firearms.  By the time his Affidavit was produced in December 2019, S/A Coppo knew that

"Roger" (mentioned in the January 2019 Facebook discussion) had never been beaten and that Ms. Lugo wrote "gunna", not "guns" in that January 2019 Facebook discussion.

Finally, the defendant acknowledges that between 1996 and 2005, she had a number of criminal cases in Florida for controlled substances violations and theft. Since 2007, Ms. Lugo has been living in New Bedford and has no criminal record. She is employed as a Personal Care Attendant/Certified Nurses Assistant (PCA/CNA). She Works for the Cerebral Palsy Association's New Bedford office and for the past two years has been caring for an 85 year old man with cerebral palsy. In June 2019, Ms. Lugo earned her high school diploma through the University of Massachusetts' Workers Education Program. She is scheduled to begin training as an EMT on January 20, 2020. She has four children (two in New Bedford) and three grandchildren (all in New Bedford).

**Conclusion.**

The Court should authorize Probation to evaluate Ms. Lugo's amended recommended conditions of release. Once Probation completes that evaluation, the defendant will move for a bail hearing.

**Respectfully Submitted,
INES LUGO,**

**By his attorney:**

/s/ Thomas Kerner
_____
**J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
240 Commercial St., Suite 5A
Boston, MA  02109
(617) 720-5509**

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be sent to those indicated as non-registered participants.

**Date:**    12/28/2019                    /s/ Thomas Kerner
                                            _____
                                            **J. Thomas Kerner
                                            BBO# 552373**