.ıl T-Mobile 🛜  7:38 PM

< 　NFL🎃　　📞 📹

Lionn

Worddd sis @Ines Lugo

Joel

Nbs sis adr to that lol

Serrot

Fearless when he hits you up you hit me up

Security team be on point that's all ima say there's no need for mad comosion when we can get him and all them easy without having to rush

Ivan

Wtw

I'm hungry

That nigga was telling some bitch he a king and some more then the bitch and her gd birds was throwing down crown in some pic

Estebah

ASAP

B

Ines

U bros better eat on them especially roger for knowing how we roll and still letting a bitch ass nigga tho down our krown..I knew that lol bitch ass nigga was no good wanna see whose gunna defend him now



NFL 🎃

Everyone stay alert let me do my job

I'm gunna txt him rn bro ADR

BIG CROWNS

Everyone is in a rush for nothing we hunt ADR BIG CROWNS

BIG CROWNS KINGS AND QUENNS plz be safe and alert everyone